

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

## No. 06-10-00023-CV

_____

IN THE MATTER OF THE MARRIAGE OF
ENESHA TANSHELL THOMPSON CARPENTER
AND KEVIN JAMESON CARPENTER AND
IN THE INTEREST OF A CHILD

On Appeal from the 321st Judicial District Court
Smith County, Texas
Trial Court No. 09-2331-D

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Justice Moseley

MEMORANDUM OPINION

Kevin Jameson Carpenter filed his notice of appeal pro se March 3, 2010.[1]

The clerk's record was filed April 8, 2010.   No timely request was made in writing at or before the time for perfecting the appeal for the preparation of a reporter's record, as required by TEX. R. APP. P. 34.6.   Therefore, appellant's brief was due June 4, 2010.

When neither a brief nor a motion to extend time for filing the same had been filed by June 24, 2010, we contacted appellant by letter and informed him that if a brief had not been filed by July 9, 2010, the appeal would be subject to dismissal for want of prosecution.   *See* TEX. R. APP. P. 42.3(b), (c).

No brief has been filed, and appellant has taken no other action in pursuit of his appeal. Pursuant to TEX. R. APP. P. 42.3(b), we dismiss this appeal for want of prosecution.


Bailey C. Moseley
Justice

Date Submitted:     July 26, 2010
Date Decided:       July 27, 2010

---

[1]Originally appealed to the Twelfth Court of Appeals, this case was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts.   *See* TEX. GOV'T CODE ANN. § 73.001 (Vernon 2005).